# EXHIBIT 1

# PROMISSORY NOTE

This Promissory Note (the "Note") acknowledges a loan of Five Hundred Thousand US Dollars ($500,000.00 USD) was made by James Purpura, CEO of Activate Clean Energy LLC ("Lender") located at 500 N. Marketplace Drive, Suite 300, Centerville, UT 84014, to Valkor Oil and Gas LLC ("Borrower") located at Kiln Building, Studio 31, 1090 Center Drive, Park City, UT 84098, on November 1, 2022, and outlines the terms of the loan repayment.

For Value Received the Borrower promises to pay to the Lender the principal sum of Five Hundred Thousand US Dollars ($500,000.00 USD) in full within Forty-Eight (48) hours of receipt of money from Through the Oil Mining Company PLC ("TomCo") or by June 30, 2023, whichever comes sooner. No interest shall be applied during this period.

The Borrower shall be liable for all costs, expenses and expenditures incurred including, without limitation, the complete legal costs of the Lender incurred by enforcing this Note as a result of any default by the Borrower and such costs will be added to the principal then outstanding and shall be due and payable by the Borrower to the Lender immediately upon demand of the Lender.

This Note will be construed in accordance with and governed by the laws of the State of Utah. This Note will ensure to the benefit of and be binding upon the respective heirs, executors, administrators, successors and assigns of the Borrower and the Lender. The Borrower waives presentment for payment, notice of non-payment, protest and notice of protest.

IN WITNESS WHEREOF the parties have duly affixed their signatures below:

James Purpura, CEO
Activate Clean Energy LLC

Steven Byle, CEO
Valkor Oil and Gas LLC