**Exhibit 3**

# Rasa

0:00
K: Kobe.

0:00
J: Hey, Kobe, this is James Rose.

0:02
J: How are you?

0:03
K: I'm good, James.

0:04
K: How are you doing?

0:05
J: I'm good.

0:07
J: So, you know, Wit. K: Well, I've met him.

0:08
K: I don't-

0:09
K: -I'm not going to say that, but then I've known him for about a week.

0:16
J: Oh, OK.

0:18
K: Yeah.

0:18
J: He said you're you're an engineer and you, you know what you're doing.

0:23
K: That's kind.

0:23
K: I don't think one truly knows what they're doing, no.

0:31
K: It's just a just a never ending, you know, doom loop.

0:37
J: Yeah. K: but I'm figuring it out anyway.

0:39
J: Well, that's good.

0:40
J: Well, that's, that's, it takes a while.

0:42
J: You know, it's, always be learning and it's good to, you know, never think that, you know everything, I guess.

0:48
J: I mean, that's that's a good way to be.

0:51
K: Well, I mean, I, I'm a chemical engineer and I've got 29 years experience in, you know, natural gas, cryogenic natural gas processing right, and liquids.

1:02
K: So the oil sands thing for me is about a six year old effort that, you know, I figured out, you know, we, we got pulled up by a bunch of crooks because everybody in the oil sand game that I've met, you know, are just absolutely crooks, right?

1:22
K: And we just, we got put in a position where we just had to figure it out and, and we were lucky enough to be able to figure it out.

1:31
K: So, but, we're to a point now where we're drilling wells in situ and then we've got a, a patent pending on the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ as well.

1:44
J: So K: Which is which is a ▮▮▮▮▮▮▮▮▮▮▮▮▮▮, which is very, very effective.

1:50
K: So. J: OK. K: What are you doing with the oil sands?

1:54
K: Tell me what you're doing.

1:55

J: Well, I just been approached to, you know, be an investor in some, in this thing that's like a liquid magnet.

2:08
J: And my friend, a friend of mine, you know, he found out about it through a friend of his and, and you know how it all goes, right.

2:20
J: And he's like, listen, this thing's like amazing.

2:23
J: And you know, you know. K: I'll tell you right now.

2:28
K: I think I know what you're talking about.

2:30
K: You're need to be very, very careful.

2:32
K: So do you know the company that owns that technology?

2:37
J: No.

2:37
K: OK.

2:41
K: Yeah.

2:42
K: Because there are a lot of people who say, "Oh, we, we hyper polarize a fluid and it's" but I can tell you right now, if it's what I'm thinking it is, you need to stay way clear of it.

2:53
K: And I can give you, I've written a paper on that actually. A white paper on, on why that's not it's, it's, you can't be done like that.

3:07
K: But I hate to, I hate to say that on the phone without background information.

3:11
J: Well, I mean, it's ah, I think it's a doctor.

3:14
J: David Martin.

3:16
K: Yes, god damn it.

3:18
K: Steer way clear of that.

3:20
K: I, I, I know way too much.

3:22
K: So, we were going to do business with them.

3:24
K: And yeah, this is a long story, but. J: I would, no, I'd love to, I'd love to hear it 'cause I, you know, I've got my friends too, that, you know, we don't want to lose it.

3:36
J: We don't want to get hurt.

3:36
J: We want to make smart decisions.

3:39
K: Yeah.

3:39
K: Let me just, you, you and I need to get to-

3:42
K: Did I- how much - we need to sign an NDA because I don't want to get sued for telling you what I know.

3:48
K: First of all. J: OK. K: But so we, it's a long story.

3:52
K: We did business with them.

3:53
K: They they, there are some of the people that I'm talking about that in my opinion, are not honest brokers.

4:00
K: We owe them money right now that's owed.

4:02
K: It's we're like a pass through, right?

4:04
K: So we owe them and somebody else owes us.

4:05
K: So, they're mad at us.

4:07
K: But let me tell you, I can't tell you over the phone.

4:10
K: What do you think?

4:12
J: OK. K: I don't know.

4:17
K: What are you doing in the morning?

4:18
J: Well, I've got, I've got some things going on with my YPO stuff up in Park City.

4:23
J: I'm a, in part of the Young Presidents Organization.

4:26
J: I'd say I, I have a, a full day tomorrow with my YPO Young Presidents Organization in Park City.

4:33
J: Umm, but, uh. K: What time does that start? J: Well, it's, it's, it's got some, you know, it

4:42
J: I'm not sure exactly what's the time it starts.

4:44
J: It's in the afternoon.

4:45
J: But the other problem is I got, I'm in a huge transaction and I, but I could. K: You cut out again. J:

OK, I said, I said I'm, I'm going to be unavailable tomorrow until probably, I don't know, maybe 1:00, one or two.

5:05
K: You said you live in Park City? J: Yeah, I live in Park City.

5:09
K: Where at in Park City do you live? J: Oh no, no, I don't live in Park City.

5:11
J: I just am renting a house in Park City.

5:13
J: I live in, I live in Puerto Rico, OK? I live in Puerto Rico, but I'm renting a house in, uh, the Canyons.

5:20
K: So, umm, I have to, I have an appointment tomorrow at 1:30 in Woods Cross.

5:29
J: OK, well, what time is that over?

5:36
K: Honestly, I'm taking my kid to see about getting a car, so it'll be two hours.

5:41
J: OK.

5:42
K: What-

5:42
K: What are you doing tomorrow?

5:44
K: Tomorrow afternoon.

5:44
K: Evening.

5:46
J: Yeah.

5:46
J: Let me let me text you in the morning when I think I'm gonna be free 'cause I might be able to do it right before the car or right after.

5:53
K: OK, Umm, I will.

5:59
K: Are you staying in Park City tomorrow night?

6:01
J: Yes, I'm staying in Park City tomorrow night.

6:05
K: OK, so why don't we just meet at the Waldorf afternoon-

6:08
K: Evening.

6:08
J: Yeah, that's right by my house.

6:10
J: The Waldorf is.

6:11
J: I'm staying over there.

6:11
J: The canyons are, you know, the white Pines.

6:14
J: It's kind of like next to the colony.

6:16
J: Right next to the colony is where I'm staying.

6:17
K: OK, so I'm a member of the Waldorf.

6:20
K: Why don't we meet there for drinks tomorrow afternoon at like, say, five?

6:25
J: OK.

6:25
J: And then if for some reason.  K:What I'm going to tell you, I'm telling you, James, what I'm going to tell you, you can't share.

6:34
K: I would get they would get they're very litigious.

6:37
K: Like, oh, you you telling people what we're doing?

6:39
K: The fact of the matter is their shit will never work.

6:43
K: So if you give them money, you're just throwing good money away.

6:48
J: OK.

6:49
J: Well, no, I'm looking forward to getting with you.

6:52
J: Let's.

6:53
J: Yeah.

6:53
J: I mean, you know, I mean, yeah.

6:58
J: I mean, listen, I don't want to lose money.

6:59
J: I'd rather do the Q Hydrogen.

7:02
K: Yeah, I'm going to tell you right now.

7:03
K: I'm going to lay it out for you.

7:04
K: You can make your own decision, but I will.

7:07
K: I know this.

7:09
K: I probably know this better than anybody else on the work in the world, and I'm not kidding.

7:16
K: I wrote a patent, like a legal defense against them because I know they'll try to

7:20
K: Oh, you, you're stealing our stuff or whatever.

7:22
K: The fact of the matter is I'm using a ███████████████████████ where they're using a so since it's banned in all 48 States and is ████████████████████████████████████, you can't do that.

7:38
K: And by the way, if I showed you a Dow Chemical patent from 1984, it's exactly what you're looking at when you look at their little test unit, All right, They're not ███████████████.

7:49
K: By the way, ███████████████████████████, they'll tell you, oh, it repels.

7:55
K: Clay finds. Bullshit.

7:58
K: It doesn't repel anything.

8:00
K: There's ████████████████████.

8:03
K: I tested it personally.

8:05
K: I can also show you how ██████.

8:07
K: That's where you take their █████████████████.

8:11
K: If you put █████████████████████████████████████.

8:14
K: It's straight fucking ██████████████.

8:18
K: Follow me?

8:21
K: OK, you can't ███████████████████████████ because the compound they're using ██████████████████████████████████.

8:31
K: OK, so you can't ████████████████, right?

8:35
K: You you just make more ███.

8:36
K: You'd have to █████████████████████████████████████████.

8:41
K: And furthermore, I control all the fucking oil sands in Utah, pretty much.

8:46
K: So without going through me, good luck with the surface find.

8:49
K: You're not going to find it.

8:51
K: They're they're, they're just, they're full of shit.

8:53
K: And I bought into it for about 6 months to a year and then I took a deep dive for the next year and doing my own research, doing my own patent because their trade secret bullshit won't work.

9:05
K: It's a cult dude around with a bunch of Navy Seals and built Delta Force guys and impress you with the bullshit.

9:12
K: Furthermore, David Martin has a PhD in physical fitness and his other guy, his partner Wisman, I want to see his PhDs.

9:21
K: He claims he has three PhDs from a University of Moscow, Santa Barbara, whatever, bullshit, horseshit.

9:33
J: Wow.

9:33
K: Pardon my language.

9:35
K: But you're talking to a guy who knows everything about that.

9:39
J: All right?

9:40
K: And if you throw money in that, you're going to lose your money.

9:43
K: And I can, I can go through it and tell you why. I can actually fix their shit but I'm not going to it.

9:49
K: They're too stupid to ever figure it out.

9:51
K: They're just lying and people get money, but they're going to fail.

9:55
K: And, and by the way, ███████████████ does a fantastic job at ████████████████████████.

10:02
K: It has nothing to do with ██████████████.

10:05
K: It's all horseshit in my opinion.

10:10
K: I have to say that just in case you're reporting this phone call and you're a lawyer.

10:13
J: No.

10:15
J: Well, what do you think of the ██████████████?

10:20
K: Oh, I love that shit.

10:22
K: That stuff's real.

10:24
J: Yeah.

10:25
K: Alright.

10:25
K: So yeah, I'm, and listen, I'm not an investor.

10:28
K: I'm just the technical due diligence for a group that wants to invest.

10:32
K: And I got another guy who wants to put $1,000,000 with that group.

10:37
K: So.

10:37
K: But you know, I'll get a little sliver of theirs.

10:40
K: But you know, I'm, I'm, I'm a nobody, just technical guy.

10:43
K: So but I, I know good stuff when I see it and I know bullshit when I see it, particularly with the oil sands stuff.

10:51
K: And tomorrow when we meet, though, I'm going to show you stuff that you can't Unsee.

10:57
J: OK,  K: OK, I'm going to show you the patents and I'm going to show you-I can't do this.

11:05
K: I'm going to show you what-they're-I'm going to show.

11:08
K: I'm going to give you that paper that I wrote.

11:11
K: That is why you can't do what they're doing and their claims are just fortunate.

11:16
K: I've tested their product, by the way, ███████████████████████████████.

11:20
K: Their ▮▮▮▮▮▮▮, their product ▮▮▮▮.

11:23
K: What happens with ▮▮▮▮▮▮▮▮▮

11:25
K: Is you, you get a a ▮▮▮▮▮▮▮▮ where the the you ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮.

11:35
K: All right, As a ▮▮▮▮▮▮▮▮.

11:38
J: OK, K: so does it, does it ▮▮▮▮▮▮▮?

11:41
K: Absolutely.

11:42
K: Dow Chemical proved that in a patent in 1984.

11:46
K: I'll bring the patent with me.

11:48
J: Huh.

11:48
J: Well, that's good, man.

11:49
K: Show you in that patent.

11:50
K: Then what happened is they stole, they took that patent.

11:54
K: That's why they're not patenting anything.

11:57
K: They're just doing trade secrets.

11:58
K: That's why.

11:59
K: Because they can't patent.

12:00
K: It's an expired patent.

12:02
K: I mean, J: yeah, K: they can claim that they're ▆▆▆▆▆▆▆▆ and all that shit but you can't use- and I patented the other one.

12:10
K: It's a good luck.

12:11
K: Find me in court.

12:12
K: I'll bury your ass.

12:13
J: Interesting.

12:14
K: I mean, they they don't they don't know they're they claim to be PhD chemist.

12:19
K: They're morons.

12:20
K: They're just con men.

12:22
J: But you do have a way that this could work.

12:25
K: Oh God, yes, I'll, I'll show you our patent too.

12:30
J: OK, cool.

12:30
K: So I'm, I'm actually, we're in terms right now with an investment group out of out of Mexico of all places.

12:38
K: And then we we have another one out of Sweden.

12:41
K: But because there's so many crooks in this game, it's been hard on us to raise well money raisers, right?

12:47
J: Yeah, K: I'm just a dumb old chemical engineer.

12:50
K: But I, I do know oil sand, but I'll go through that with you too.

12:54
K: If you want to meet me at the Waldorf for drinks, dinner or whatever, I'll go through.

12:59
J: OK, great.

12:59
J: I'm looking forward to it.

13:03
J: I'll and I'll touch base with you again in the morning if that's OK.

13:07
K: No, I'm around.

13:08
K: I I've gotta be, I'm building a, a lab unit for the oil sand surface extraction.

13:13
K: But you know what?

13:14
K: If you could, man, if you could break away Saturday and come to my office.

13:18
K: I'll show you the separation on a lab scale.

13:24
J: OK.

13:24
J: I was supposed to go to Bear Lake, but maybe I could do that anyway.

13:28
K: But anytime you can break away like Saturday, Sun and you know, J: Yeah.

13:34
J: OK.

13:35
J: OK. Yeah.

13:36
K: I'll show it to you with our solvent.

13:41
K: Our solvent is also a minimum bullet point Asian trope just like theirs.

13:44
K: But ours is not ▮▮▮▮▮▮▮▮.

13:45
K: Another thing that the problem with theirs, ▮▮▮▮▮▮▮▮▮▮▮▮.

13:49
K: OK, their ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

13:53
K: So let me ask you this.

13:54
K: If you're going to use a ▮▮▮▮▮▮▮▮▮▮▮▮▮▮, by the way, they're, they're a big unit.

14:00
K: They're claiming - they're stealing a bunch of my ideas.

14:03
K: By the way, they would never have known this without me telling them, right?

14:09
K: But again, I was working with them.

14:10
K: I bought into their stuff for a while, and then I started looking behind the curtains and it's just all bullshit.

14:15
K: I noticed that the ▮▮▮▮▮▮▮▮▮▮.

14:17
K: I noticed that the Bs and ███████████ .

14:21
K: You know, I know that it's banned in 48.

14:26
K: You know, actually all 50 states, the EPA banned that substance.

14:31
K: And I also know that the ████████████ is, █████████████████████████ ████████████████████████████████████ ████

14:43
K: But let me ask you this, in the █████████████████████████ █████████ , how the hell if it if the █████████████████████ , how the hell is that w█████████ ██████████████ ?

14:56
K: It's not. J: OK.

14:57
K: It's going to switch places.

15:00
K: You see what I mean?

15:00
K: So you - they have a, they just don't they don't know what they don't know.

15:04
J: Yeah, K: funny to me that they are way better at ____ than I am.

15:10
J: OK. K: Way better.

15:10
K: But they'll just spend your money and it's just you're just throwing good money after bad.

15:14
K: I just cannot in good conscious not to tell you.

15:18
J: Well, look, man, I'm I'm it's, this is why K: I've got not even asking.

15:22
J: That's why you gotta have friends, you know, and do do the due diligence and ask around.

15:29
J: You know? K: I mean, I'm telling you, once you see what I'm doing, I'm not even asking you for an investment.

15:33
J: Well, I'm looking forward to meeting you.

15:34
J: Sounds like you're into some really interesting stuff and I'm looking to diversify my family office.

15:39
K: Well, I'm, I'm telling you right now, I'm not even if you wanted to invest, I'm open to it.

15:45
K: At least you know it's real 'cause I'll do it in front of you and be like here it is and I'll, I'll tell you everything.

15:52
J: Yeah.

15:52
J: And I've got a brother-in-law.

15:53
K: Nobody's. J: I got a brother-in-law who's a good friend of mine actually, and he used to work in the oil fields.

16:00
J: He used to have some some gas fields in Wyoming and he had a CO2.

16:05
J: He owned the Dome that's West of the Mississippi here by Price, UT and he sold that.

16:10
J: And he's a, he's the guy that I kind of, he's not an engineer though or anything, you know, but he used to work well heads, right?

16:18
J: And he he used to do stuff up in Williston, Montana and and all of that.

16:23
J: And so, but we need a guy that understands the other side of this because I'm wanting to get into this, some of the investment into this stuff.

16:29
J: And, and so I'm looking forward to meeting you.

16:32
J: But listen, I got to take this call.

16:33
J: It's my wife and, and yeah, I'll call you in the morning.

16:38
J: OK, thanks.

16:39
J: Bye Kobe.